IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVID WILLIAMS,**               )
                                  )
           Plaintiff,             )
                                  )
V.                                )      Civil No. **01-986-WDS**
                                  )
**ILLINOIS DEPT. OF CORRECTIONS, et al.,**
                                  )
           Defendant.             )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "Motion for Disclosure." **(Doc. 53).** The Court construes the motion as a motion to compel defendants Gerst and Kumar to provide plaintiff with copies of their affidavits, which were submitted in support of their motion for summary judgment.

A review of the record reveals that the Court did allow defendants Gerst and Kumar to supplement their motion for summary judgment with Gerst's affidavit; excerpts of plaintiff's deposition were also permitted filed. **(Doc. 51).** In order to minimize any further delay, the Court is forwarding a copy of all exhibits, including Gerst's affidavit, which were allowed to be added in support of the defendants' motion for summary judgment.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 53)** is **DENIED AS MOOT**. The Clerk of Court shall forward a copy of **Doc. 51** to plaintiff, along with a copy of this order.

**IT IS SO ORDERED.**

**DATED: May 31, 2005**                    s/Clifford J. Proud
                                           **CLIFFORD J. PROUD**
                                           **U. S. MAGISTRATE JUDGE**