## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DAVID WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Cause No. 01-CV-986-WDS** |
| | ) | |
| **ILLINOIS DEPARTMENT OF** | ) | |
| **CORRECTIONS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is a Report and Recommendation of United States Magistrate Judge Clifford J. Proud that defendants Dr. Kumar and Physician's Assistant Gerst's motion for summary judgment be granted. To date, no objections have been filed by the parties.

Upon review of the record, the Court **ADOPTS** the recommendation of the magistrate judge. Accordingly, defendants Kumar and Gerst's motion for summary judgment is **GRANTED** and judgment is entered in favor of Dr. Kumar and Physician's Assistant Gerst and against plaintiff David Williams. In addition, because Kumar and Gerst are only named in Count 2 of plaintiff's complaint, they are **DISMISSED** from this action.

**IT IS SO ORDERED.**

**DATED: September 9, 2005**

**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**