IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 01-986-WDS |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| Defendants. | ) |

### CERTIFICATION

This case is certified as being ready for a trial setting. The Clerk is directed to return the file to Judge William D. Stiehl for further proceedings.

SO ORDERED.

**DATED: November 3, 2005**

S/Clifford J. Proud
**CLIFFORD J. PROUD**
**United States Magistrate Judge**